curred in by Scholfield and Baker, JJ. Now partially published at 71 Wn. App. 367.

[No. 30061-0-I.   Division One.   July 19, 1993.]

MARSILIO DIGIOVANNI, ET AL, *Appellants*, v. DERRILL
BASTIAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-03160-6, Ann Schindler, J., entered February 5, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Pekelis, A.C.J., and Coleman, J.

[No. 30534-4-I.   Division One.   July 19, 1993.]

*In the Matter of the Marriage of* S.D.C., *Respondent,
and* E.S.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-3-09178-7, Carol A. Schapira, J., entered March 20, 1992. *Reversed* by unpublished opinion per Forrest, J., concurred in by Grosse and Baker, JJ.

[No. 28902-1-I.   Division One.   July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. VESTER
MARSHALL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01490-2, Frank L. Sullivan, J., entered July 29, 1991. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 30330-9-I.   Division One.   July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. R.M.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-07047-6, James A. Noe, J., entered March

4, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Forrest and Agid, JJ.

[No. 29832-1-I.    Division One.    July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL GENE ROSSANO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-02323-5, Jim Bates, J., entered December 3, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Pekelis, A.C.J., and Grosse, J.

[No. 31115-8-I.    Division One.    July 19, 1993.]

STEPHEN J. KLOS, *Respondent,* v. BEN H. MCINDOE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 92-2-08089-3, Nancy A. Holman, J., entered June 16, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Agid, JJ.

[No. 14005-5-II.    Division Two.    July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. SHAWN REITE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-03416-0, Thomas A. Swayze, Jr., J., entered June 19, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.

[No. 15195-2-II.    Division Two.    July 19, 1993.]

FACTORY MUTUAL ENGINEERING ASSOCIATION, *Appellant,* v. THE DEPARTMENT OF REVENUE, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-00869-7, Wm. Thomas McPhee, J.,